# MARINES TRIAL CALENDAR FOR JANUARY 04, 2006   ORIGINAL

UNITED STATES MAGISTRATE LESLIE E. KOBAYASHI

Page 3

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Disposition | Fine | SA |
|---|---|---|---|---|---|---|---|---|
| T-5) | LOW, JONAS K. | CR 05-00087 | | R0378145 H30<br>11/25/2004 | DUI | PROOF OF COMPLIANCE<br>Penal Summons<br>FEB -1 2006 | | |

14 HRS AAEA, 90 DAY LIC SUSP, 30 DAYS ABSOLUTE, 60 DAYS TO AND FROM WORK ONLY, FINE: $150.00, SA: $5.00, CONT FROM 3/2/05 A & P AS POC - PAID $155.00 (CVB REPORT 3/30/05); CONT FROM 9/7/05 POC; PS ISSUED FROM 10/5/05 POC; 2ND PS ISSUED 11/2/05 POC; PS RECEIVED BY TY LOW FOR DFT; CONT FROM 12/7/05 POC

Atty: MICHAEL WEIGHT, APPD (SP)

APPROVED AND SO ORDERED

_____
Magistrate Judge LESLIE E. KOBAYASHI

Dated: 01/04/2006

APPROVED

_____
SAUSA CAPT. JEFFREY DIMMIG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN - 4 2006

at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK